767 A.2d 482

ISAAC WRIGHT, ET AL., PLAINTIFFS–RESPONDENTS, v. STATE OF NEW JERSEY, DEFENDANT–RESPONDENT, AND STUART BUCKMAN, DEFENDANT–THIRD–PARTY PLAINTIFF–MOVANT.

December 7, 2000.

Leave to appeal is granted.